**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 09-8156**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAIRUS KIOWA PERKINS,

Defendant - Appellant.

───────────

**No. 10-6079**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAIRUS KIOWA PERKINS,

Defendant - Appellant.

───────────

Appeals from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:96-cr-30029-jlk-1)

───────────

Submitted: March 30, 2010        Decided: April 30, 2010

───────────

Before MICHAEL[*] and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Dairus Kiowa Perkins, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

───────────

[*] Judge Michael was a member of the original panel but did not participate in this decision. This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Dairus Kiowa Perkins appeals the district court's orders finding him ineligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Perkins, No. 4:96-cr-30029-jlk-1 (W.D. Va. Nov. 19, 2009; Dec. 22, 2009). We deny Perkins' motion to hold Appeal No. 09-8156 in abeyance and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3